B2500E (Form 2500E) (12/15)

# United States Bankruptcy Court
## Northern District Of Ohio

In re __Northwest Capital Investors, LLC__ ,  ) Case No. __22-30036-jpg__
        Debtor*  )
              ) Chapter __7__
              )

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor: Northwest Capital Investors, LLC
7644 Kings Pointe Road, Toledo, OH 43617

    A petition under title 11, United States Code was filed against you in this bankruptcy court on __January 13, 2022__ (date), requesting an order for relief under chapter __7__ of the Bankruptcy Code (title 11 of the United States Code).

    YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons. A copy of the petition is attached.

Address of the clerk:
Clerk of Courts
U.S. Bankruptcy Court for the
  Northern District of Ohio at Toledo
1716 Spielbusch Avenue
Toledo, OH 43604-5363

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of Petitioner's Attorney:
James P. Silk, Jr. (0062463)
SPENGLER NATHANSON P.L.L.
900 Adams Street
Toledo, OH 43604

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

_____ (Clerk of the Bankruptcy Court)

Date: _____  By: _____ (Deputy Clerk)

* Set forth all names, including trade names, used by the debtor within the last 8 years. (Fed. R .Bankr. P. 1005).

B2500E (Form 2500E) (12/15)

# CERTIFICATE OF SERVICE

I, _____ (name), certify that on _____ (date), I served this summons and a copy of the involuntary petition on _____ (name), the debtor in this case, by *[describe the mode of service and the address at which the debtor was served]*:

If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a party to the matter concerning which service of process was made.

Under penalty of perjury, I declare that the foregoing is true and correct.

Date _____    Signature _____

Print Name: _____

Business Address: _____

_____