B2500E  (Form 2500E) (12/15)

# United States Bankruptcy Court
# Northern District of Ohio, Western Division

| | | |
|---|---|---|
| In Re: Northwest Capital Investors, LLC | ) | Case No.  22-30036 |
| Alleged Debtor* | ) | Judge Gustafson |
| | ) | Chapter 7 |
| | ) | |

## SUMMONS TO DEBTOR IN INVOLUNTARY CASE

To the above named debtor:

A petition under title 11, United States Code was filed against you in this bankruptcy court on January 13, 2022, requesting an order for relief under chapter 7 of the Bankruptcy Code (Title 11 of the United States Code).

YOU ARE SUMMONED and required to file with the clerk of the bankruptcy court a motion or answer to the petition within 21 days after the service of this summons.  A copy of the petition is attached.

Address of the clerk:  US Bankruptcy Court
1716 Spielbusch Ave., Rm 411
Toledo, OH 43604

At the same time, you must also serve a copy of your motion or answer on petitioner's attorney.

Name and Address of Petitioner's Attorney:
James P. Silk, Jr. and Michael W. Bragg
Spengler Nathanson P.L.L.
900 Adams Street
Toledo, OH 43604

If you make a motion, your time to answer is governed by Fed. R. Bankr. P. 1011(c).

If you fail to respond to this summons, the order for relief will be entered.

Josiah C. Sell (Clerk of the Bankruptcy Court)

Date:  January 13, 2022

By: /s/Melinda Hutton    (Deputy Clerk)

*Set forth all names, including trade names, used by the debtor within the last 8 years (Fed. R. Bankr. P. 1005)

**CERTIFICATE OF SERVICE**

I,  James P. Silk, Jr.  , certify that on  January 31, 2022  , I served this summons and a copy of the involuntary petition on  Northwest Capital Investors, LLC the debtor in this case, by [describe the mode of service and the address at which the debtor was served]: Certified Mail, Return Receipt Requested

    Northwest Capital Investors, LLC
    7644 Kings Pointe Road
    Toledo, OH  43617

    If service was made by personal service, by residence service, or pursuant to state law, I further certify that I am, and at all times during the service of process was, not less than 18 years of age and not a part to the matter concerning which service of process was made.

    Under penalty of perjury, I declare that the foregoing is true and correct.

Date: 02/02/2022          Signature: _____

           Print Name:          James P. Silk, Jr.

           Business Address:     900 Adams Street

                                 Toledo, OH  43604