The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.



*John P. Gustafson*
United States Bankruptcy Judge

**Dated: February 23 2022**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 22-30036 |
| | ) | |
| Northwest Capital Investors, LLC, | ) | Chapter 7, Involuntary |
| | ) | |
| Alleged Debtor. | ) | |
| | ) | Judge John. P. Gustafson |

### HEARING ORDER

On January 13, 2022, a Chapter 7 Involuntary Petition Against a Non-Individual (Northwest Capital Investors, LLC), was filed by Petitioning Creditor Patrick J. Kenney. The Court will set the matter for a sua sponte status hearing pursuant to 11 U.S.C. §105(d).

**IT IS THEREFORE ORDERED** that a Status Conference be, and hereby is, scheduled before the Honorable John P. Gustafson on **March 9, 2022, at 1:30 p.m.** in Courtroom No. 1, Room 119, United States Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio. **This proceeding will be conducted by telephone conference line unless the parties are notified to the contrary by court staff and an amended hearing order is issued by the court. Parties must contact chambers (419-213-5631) or the courtroom deputy (419-213-5607) to arrange for audio/telephonic appearance no less than 24 hours prior to the scheduled hearing.**