United States Bankruptcy Court
Northern District of Ohio

In re:     Case No. 22-30036-jpg
NORTHWEST CAPITAL INVESTORS, LLC     Chapter 7
Patrick J. Kenney
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0647-3     User: amari     Page 1 of 1
Date Rcvd: Feb 23, 2022     Form ID: pdf755     Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol**    **Definition**

\+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

\#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 25, 2022:**

| Recip ID | Recipient Name and Address |
|---|---|
| db | #+ NORTHWEST CAPITAL INVESTORS, LLC, 7644 Kings Pointe Road, Toledo, Oh 43617-1500 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| ptcrd | | Patrick J. Kenney |

TOTAL: 1 Undeliverable, 0 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: Feb 25, 2022     Signature:     /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 23, 2022 at the address(es) listed below:

| Name | Email Address |
|---|---|
| James P. Silk, Jr. | on behalf of Petitioning Creditor Patrick J. Kenney jsilk@snlaw.com lrymers@snlaw.com;mkern@snlaw.com |

TOTAL: 1

**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



_____
John P. Gustafson
United States Bankruptcy Judge

**Dated: February 23 2022**

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Case No. 22-30036 |
| | ) | |
| Northwest Capital Investors, LLC, | ) | Chapter 7, Involuntary |
| | ) | |
| Alleged Debtor. | ) | |
| | ) | Judge John. P. Gustafson |

## HEARING ORDER

On January 13, 2022, a Chapter 7 Involuntary Petition Against a Non-Individual (Northwest Capital Investors, LLC), was filed by Petitioning Creditor Patrick J. Kenney. The Court will set the matter for a sua sponte status hearing pursuant to 11 U.S.C. §105(d).

**IT IS THEREFORE ORDERED** that a Status Conference be, and hereby is, scheduled before the Honorable John P. Gustafson on **March 9, 2022, at 1:30 p.m.** in Courtroom No. 1, Room 119, United States Courthouse, 1716 Spielbusch Avenue, Toledo, Ohio. **This proceeding will be conducted by telephone conference line unless the parties are notified to the contrary by court staff and an amended hearing order is issued by the court. Parties must contact chambers (419-213-5631) or the courtroom deputy (419-213-5607) to arrange for audio/telephonic appearance no less than 24 hours prior to the scheduled hearing.**