# PROCEEDING MEMO
# HONORABLE JOHN P. GUSTAFSON

In Re:  
NORTHWEST CAPITAL INVESTORS, LLC

Case No. 22-30036-jpg  
Chapter 7

NATURE OF PROCEEDING:

Status Conference

APPEARANCES:
- ☑ Atty for Alleged Debtor(s): Richard Scheich (ph)
- ☑ Atty for Petitioning Cred. Patrick J. Kenney: James Silk, Jr.
- ☐ Atty for Creditor:
- ☐ Trustee:
- ☐ Atty for
- ☐ Atty for
- ☐ Atty for
- ☐ Atty for

- ☑ HEARING HELD
- ☐ EVIDENCE SUBMITTED
- ☐ DISMISSED
- ☐ HEARING NOT HELD
- ☐ TAKEN UNDER ADVISEMENT
- ☐ MOTION TO CONTINUE F/C _____ DAYS
- ☐ MOTION CUT-OFF
- ☐ AGREED ENTRY ON OR BEFORE _____ DAYS
- ☐ STATUS REPORT ON OR BEFORE _____ DAYS
- ☐ DISCOVERY CUT-OFF
- ☐ MOTION TO BE WITHDRAWN _____ DAYS
- ☐ OBJECTION TO BE WITHDRAWN _____ DAYS
- ☐ FINAL PRE-TRIAL

- ☐ GRANTED   ☐ APPROVED   ☐ DISAPPROVED   ☐ TRIAL

- ☐ DENIED   ☐ WITH PREJUDICE   ☐ WITHOUT PREJUDICE
- ☐ SUSTAINED
- ☐ ADJOURNED TO _____

COMMENTS OF COURT:

Status Conference held. Status Conference is continued to March 17, 2022 at 10 a.m. If a Stipulation and Agreed Order for Relief in Involuntary Case is filed prior to the Status Conference, the Status Conference will not be held.

HEARING DATE: Weds., 3/9/2022

FOR COURT USE ONLY
- ☐ Order Uploaded
- ☑ Need Order
- ☐ Return for Action